JLF 193
(Rev. 08/22/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

In Re: Sidney Lanier Hurdle
    Debtor(s)

Case No.: 10−11687−DWH
Chapter: 7

**ORDER OF DISMISSAL FOR FAILURE TO TIMELY FILE**
**DOCUMENTS OR TO PAY REQUIRED FEES**

    WHEREAS, the required schedules, financial disclosure statements or other documents or required fees necessary for the administration of this case have not been timely filed or paid within the time limits proscribed by Rules 1006, 1007 and 2016(b), Federal Rules of Bankruptcy Procedure, or required by 28 U.S.C., Sec. 1930(a) and/or 1930(b), notwithstanding the fact that the Court provided a written order and notice to the debtor and the debtor's attorney, if any, promptly after the filing and/or conversion of this case that failure to timely file such paperwork or pay such fees would result in the dismissal of this case by the Court; it is

    ORDERED that the above entitled case be and the same is hereby dismissed without prejudice; and it is further

    ORDERED that notice of the entry of this dismissal order shall be given by the Clerk of this Court in the manner prescribed in Rules 1017 and 2002(f), Federal Rules of Bankruptcy Procedure.

Dated and Entered: 4/23/10

                                                 David W. Houston III
                                               Judge, U.S. Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0537-1          User: hodges               Page 1 of 1                  Date Rcvd: Apr 23, 2010
Case: 10-11687                Form ID: odsmcss           Total Noticed: 2

The following entities were noticed by first class mail on Apr 25, 2010.
db            Sidney Lanier Hurdle, Jr.,   PO Box 279,    Holly Springs, MS 38635-0279
2415921       R. Michael Bolen,   100 W Capitol St Ste 706,    Jackson, MS 39269-1607
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 25, 2010**                    **Signature:**   *Joseph Speetjens*