CM/ECF ntcm2bk
(Rev. 12/07/09)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

---

In Re:  Sidney Lanier Hurdle
       Debtor(s)

                              Case No.: 10−11687−DWH
                              Chapter: 7
                              Judge: David W. Houston III

---

NOTICE IS HEREBY GIVEN that a

*12* – Motion to Reinstate Case Filed by Karen B. Schneller on behalf of Sidney Lanier Hurdle Jr.. (Attachments: # (1) Proposed Order) (Schneller, Karen)

has been filed in the above caption case.

LAST DAY TO FILE OBJECTIONS OR RESPONSES IS 5/28/10 .

    Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said date; otherwise, the Court may consider said motion immediately after the objection or response due date.

    A copy of the motion is required to be served pursuant to Rules 9013 and 9014, FRBkP. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/pdfs/SO/so_notic_revised.pdf.

Dated: 5/4/10

                                      David J. Puddister
                                      Clerk, U.S. Bankruptcy Court
                 BY: JHH
                                      Deputy Clerk