B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Mississippi**

IN RE:                                                                        Case No. **10-11687**

**Hurdle, Sidney Lanier Jr.**                                                 Chapter **7**

                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 110,737.00 | | |
| B - Personal Property | Yes | 3 | $ 2,864,602.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 3,527,825.06 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 75,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | $ 589,079.79 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,100.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 2,130.00 |
| TOTAL | | 25 | $ 2,975,339.00 | $ 4,191,904.85 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Form 6 - Statistical Summary (12/07)**

**United States Bankruptcy Court**

**Northern District of Mississippi**

IN RE:                                                    Case No. **10-11687**

Hurdle, Sidney Lanier Jr.                              Chapter **7**

Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Hurdle, Sidney Lanier Jr.**                                              Case No. **10-11687**

_____ Debtor(s)                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Block 76 and building, Aberdeen, Monroe County, Mississippi. Property is leased for $500.00 per month.** | | | 95,000.00 | 2,650,835.19 |
| **Lot 10, Briarwood Subdivison, Holly Springs, Marshall County, Mississippi.  Lot is jointly owned by debtor and his ex-wife. Total value is $4,500** | | J | 2,250.00 | 184,000.00 |
| **Lot 10, Kirkwood Subdivision, Holly Springs, Marshall County, Mississippi.  Debtor is 50% owner and total value is $15,000.00** | | J | 7,500.00 | 184,000.00 |
| **Lot 6, Briarwood Subdivision, Holly Springs, Marshall County, Mississippi; jointly owned by debtor and his ex-wife.  Total value is $10,450** | | J | 5,225.00 | 184,000.00 |
| **Two acres, undeveloped, located in Desoto County, Mississippi** | | J | 762.00 | 2,650,835.19 |
| | | **TOTAL** | **110,737.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

**IN RE** Hurdle, Sidney Lanier Jr.                                                          Case No. **10-11687**
                            Debtor(s)                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **cash on hand** | | **78.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account - Bank of Holly Springs** | | **0.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **various items of household furnishings** | | **1,350.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **wearing apparel** | | **200.00** |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Country Land Sales Partnership.  Total notes receivable is $9,016.03.  Debtor owns 25%.** | | **2,254.00** |
| | | **Grove Partners, LLC - Net Worth of company is $362,092. Debtor is 25% owner.** | | **90,523.00** |
| | | **Kuz Developers, Inc. - Net Worth of corporation is $949,484.88. Debtor owns 25%** | | **237,371.00** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Hurdle, Sidney Lanier Jr.

Debtor(s)

Case No. **10-11687**

(If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | LH Developers, LLC - Net Worth of corporation is $566,755.34. Debtor is 50% owner and has pledged his stock to owner of remaining 50%. Both debtor and other owner have pledged stock to Bancorp Bank. | | 283,378.00 |
| | | MJL Properties, LLC - Net Worth of corporation is $75,000. Debtor owns 25%. | | 18,750.00 |
| | | PH Publishing (owner of Desoto Times) - Debtor owns 25% of total value of 1.5 million | | 375,000.00 |
| | | Suburban Land Sales Partnership - Total assets of partnership $217,053.92. Debtor owns 25% and all notes receivable were pledged to debtor's father approximately 5 years ago. | | 54,263.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Note Receivable - NCG, LLC - purchaser of North Creek Golf Course in March, 2008 | | 1,500,000.00 |
| | | Notes Receivable - Carlos Benitez Note | | 22,000.00 |
| | | Notes Receivable - Como West Farms | | 14,679.00 |
| | | Notes Receivable - Deer Run Farms | | 873.00 |
| | | Notes Receivable - Haw River Commissions Due | | 1,194.00 |
| | | Notes Receivable - High Meadow Farms | | 977.00 |
| | | Notes Receivable - Lick Fork Notes Commissions Due | | 11,674.00 |
| | | Notes Receivable - Mendenhall Farms | | 1,625.00 |
| | | Notes Receivable - Panola County Land | | 198,435.00 |
| | | Notes Receivable - South Carolina Farms | | 20,146.00 |
| | | Notes Receivable - Southwest Columbia Farms | | 10,144.00 |
| | | Notes Receivable - Sugar Tree Ridge | | 6,139.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Hurdle, Sidney Lanier Jr.**                                                    Case No. **10-11687**
                              Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Big Dog Motorcycle** | | 3,174.00 |
| | | **2006 Ford Explorer** | J | 10,375.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **2,864,602.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6C (Official Form 6C) (04/10)**

**IN RE** Hurdle, Sidney Lanier Jr.                                    Case No. **10-11687**
_____                    _____
(Debtor(s))                                                                 (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:              ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| cash on hand | **MCA § 85-3-23** | 78.00 | 78.00 |
| various items of household furnishings | **MCA § 85-3-1(a)(i), (ii), (iii), (iv), (v),(vi)** | 1,350.00 | 1,350.00 |
| wearing apparel | **MCA § 85-3-1(a)(i), (ii), (iii), (iv), (v),(vi)** | 28.00 | 200.00 |
| | **MCA § 85-3-23** | 172.00 | |
| 1997 Big Dog Motorcycle | **MCA § 85-3-1(a)(i), (ii), (iii), (iv), (v),(vi)** | 3,174.00 | 3,174.00 |
| 2006 Ford Explorer | **MCA § 85-3-1(a)(i), (ii), (iii), (iv), (v),(vi)** | 5,375.00 | 10,375.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE Hurdle, Sidney Lanier Jr.                                          Case No. **10-11687**
　　　　　　　　Debtor(s)                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **CV2009-000490** **Bancorp South Bank C/O Eric L. Sappenfield, Esq 6858 Swinnea Rd Bldg 5 Rutland Place Southaven, MS  38671-9493** | | | **loan secured by Plantation Developers, LH Developers and North Creek Development.** <br><br> VALUE $ **2,207,034.00** | | | | 2,650,835.19 | 534,324.19 |
| ACCOUNT NO. 31400026788 **Bancorp South Bank C/O Eric L. Sappenfield, Esq 6858 Swinnea Rd Bldg 5 Rutland Place Southaven, MS  38671-9493** | | | **loan secured by Deed of Trust** <br><br> VALUE $ **18,750.00** | | | | 51,995.37 | 33,245.37 |
| ACCOUNT NO. 309000323754 **Bancorp South Bank C/O Eric L. Sappenfield, Esq 6858 Swinnea Rd Bldg 5 Rutland Place Southaven, MS  38671-9493** | | | **loan secured by Deed of Trust ion** <br><br> VALUE $ **90,523.00** | | | | 285,994.50 | 195,471.50 |
| ACCOUNT NO. **Bank Of Holly Springs PO Box 250 Holly Springs, MS  38635-0250** | | | **loan secured by lots and receivables** <br><br> VALUE $ **17,042.00** | | | | 184,000.00 | 166,958.00 |

_____**1** continuation sheets attached

Subtotal (Total of this page) $ **3,172,825.06** $ **929,999.06**

Total (Use only on last page) $ _____ $ _____

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Hurdle, Sidney Lanier Jr.**
_____
Debtor(s)          (If known)

Case No. **10-11687**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Bank Plus** <br> **8990 Pigeon Roost Rd** <br> **Olive Branch, MS  38654-1555** | | | **lien on Ford Explorer** <br><br><br> VALUE $ **10,375.00** | | | | **5,000.00** | |
| ACCOUNT NO. <br><br> **Sidney Hurdle** <br> **435 Cedar Hills Rd** <br> **Holly Springs, MS  38635-7514** | | | **Country Land Sales Notes Receivable pledged to debtor's father approximately 5 years ago.** <br><br> VALUE $ **342,336.00** | | | | **350,000.00** | **7,664.00** |
| ACCOUNT NO. <br><br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   $ **355,000.00**   $ **7,664.00**

Total
(Use only on last page)   $ **3,527,825.06**   $ **937,663.06**

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE Hurdle, Sidney Lanier Jr.                                              Case No. **10-11687**
_____
                    Debtor(s)                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **2** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Hurdle, Sidney Lanier Jr.**      Case No. **10-11687**
<br>_____Debtor(s)_____      _____(If known)_____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Domestic Support Obligations
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Paige Hurdle**<br>**1935 Katz Pl**<br>**Collierville, TN  38017-0868** | | | **debtor is current all domestic support obligations** | | | | **0.00** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $     $     $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)     $     $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Hurdle, Sidney Lanier Jr.**                                    Case No. **10-11687**
_____              _____
                    Debtor(s)                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Desoto County Chancery Clerk**<br>**PO Box 949**<br>**Hernando, MS  38632-0949** | | | real estate taxes due for 2007, 2008 and 2009 | | | | **unknown** | | |
| ACCOUNT NO.<br>**Desoto County Tax Assessor**<br>**365 Losher St**<br>**Hernando, MS  38632-2138** | | | real estate taxes due | | | | **unknown** | | |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**310 Lowell Street, Stop 826**<br>**Andover, MA  05501-0040** | | | taxes due | | | | **75,000.00** | **75,000.00** | |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Special Procedures Staff**<br>**100 W Capitol St Ste 504**<br>**Jackson, MS  39269-1605** | | | Assignee or other notification for:<br>Internal Revenue Service | | | | | | |
| ACCOUNT NO.<br>**Office Of U.S. Attorney**<br>**Internal Revenue Service**<br>**900 Jefferson Ave**<br>**Oxford, MS  38655-3608** | | | Assignee or other notification for:<br>Internal Revenue Service | | | | | | |
| ACCOUNT NO.<br><br><br> | | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)  $ **75,000.00**  $ **75,000.00**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ **75,000.00**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ **75,000.00**  $

**B6F (Official Form 6F) (12/07)**

IN RE Hurdle, Sidney Lanier Jr.

Debtor(s)

Case No. **10-11687**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **17799999212185** <br><br>**A.G. Adjustments, LTD**<br>**PO Box 9090**<br>**Melville, NY  11747-9090** | | | **collection of account owed by The Grill at North Creek to Elavon, Inc, FDBA Nova Inf Sys** | | | | **114.67** |
| ACCOUNT NO. <br><br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX  79998-1535** | | | **revolving charge account** | | | | **8,214.00** |
| ACCOUNT NO. **N06-01216** <br><br>**Ameripride Of Memphis**<br>**C/O Michael Mackey, Esq.**<br>**The Mb&W Building, 26000 Cannon Rd**<br>**Bedford, OH  44146** | | | **collection of goods and/or services for The Club at North Creek** | | | | **271.76** |
| ACCOUNT NO. **5475-5605-8700-0421** <br><br>**Bancorp South Bank**<br>**Credit Card Center**<br>**PO Box 3370**<br>**Tupelo, MS  38803-3370** | | | **revolving charge account** | | | | **8,659.24** |

**10** continuation sheets attached

Subtotal
(Total of this page) $ **17,259.67**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hurdle, Sidney Lanier Jr.**              Case No. **10-11687**
        Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Reed Hillen, Esq.** <br> **Holland, Ray, Upchurch & Hillen** <br> **PO Drawer 409** <br> **Tupelo, MS  38802-0409** | | | **Assignee or other notification for:** <br> **Bancorp South Bank** | | | | |
| ACCOUNT NO. **2088** <br> **Bancorp South Bank** <br> **Credit Card Center** <br> **PO Box 3370** <br> **Tupelo, MS  38803-3370** | | | **collection for revolving charge account** | | | | **6,635.89** |
| ACCOUNT NO. <br> **Reed Hillen, Esq.** <br> **Holland, Ray, Upchurch & Hillen** <br> **PO Drawer 409** <br> **Tupelo, MS  38802-0409** | | | **Assignee or other notification for:** <br> **Bancorp South Bank** | | | | |
| ACCOUNT NO. **4339-9300-1412-3451** <br> **Bank Of America** <br> **PO Box 15184** <br> **Wilmington, DE  19850-5184** | | | **revolving charge account** | | | | **20,609.22** |
| ACCOUNT NO. **749-23019-4415-20** <br> **Bank Of America** <br> **PO Box 15027** <br> **Wilmington, DE  19850-5027** | | | **revolving charge account** | | | | **3,570.48** |
| ACCOUNT NO. **4264-2890-3260-2197** <br> **Bank Of America** <br> **PO Box 15026** <br> **Wilmington, DE  19850-5026** | | | **revolving charge account** | | | | **6,402.14** |
| ACCOUNT NO. **CH-09-0175-2** <br> **Bob Ladd & Associates, Inc.** <br> **C/O Ross E. Webster, Esq.** <br> **1700 One Commerce Square** <br> **Memphis, TN  38103-2566** | | | **award of damages for breach of guaranty agreement** | | | | **60,324.40** |

Sheet no. ___**1**___ of ___**10**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                            Subtotal
                  (Total of this page)   $   **97,542.13**

                            Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hurdle, Sidney Lanier Jr.
_____
Debtor(s)

Case No. **10-11687**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5526-9400-0111-2011**<br>**Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT  84130-0285** | | | revolving charge account | | | | 16,111.30 |
| ACCOUNT NO.<br>**Nationwide Recovery Systems**<br>**2304 Tarpley Rd Ste 134**<br>**Carrollton, TX  75006-2470** | | | Assignee or other notification for:<br>Capital One | | | | |
| ACCOUNT NO. **41150796xxxx**<br>**Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT  84130-0285** | | | revolving charge account | | | | 1,243.00 |
| ACCOUNT NO. **70-906516-585121**<br>**CCI**<br>**PO Box 212489**<br>**Augusta, GA  30917-2489** | | | collection for account owed ATMOS MS Valley Gas by North Creek, Inc. | | | | 46.70 |
| ACCOUNT NO. **4246-3119-5718-0422**<br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE  19850-5298** | | | revolving charge account | | | | 4,810.08 |
| ACCOUNT NO.<br>**Receivable Management Services**<br>**PO Box 20410**<br>**Lehigh Valley, PA  18002-0410** | | | Assignee or other notification for:<br>Chase | | | | |
| ACCOUNT NO. **4325-1502-1770-3407**<br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE  19850-5298** | | | revolving charge account | | | | 2,120.27 |

Sheet no. **2** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 24,331.35

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Hurdle, Sidney Lanier Jr.                                                    Case No. **10-11687**
_____                    _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**CollectCorp**<br>**PO Box 101928**<br>**Birmingham, AL  35210-6928** | | | Assignee or other notification for:<br>Chase | | | | |
| ACCOUNT NO. **5491-0428-9241-6626**<br><br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE  19850-5298** | | | revolving charge account | | | | 25,809.23 |
| ACCOUNT NO.<br><br>**Creditors Exchange**<br>**80 Holtz Dr**<br>**Buffalo, NY  14225-1470** | | | Assignee or other notification for:<br>Chase | | | | |
| ACCOUNT NO. **5417-1226-6625-0608**<br><br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE  19850-5298** | | | revolving charge account | | | | 29,629.44 |
| ACCOUNT NO.<br><br>**National Action Financial Services, Inc.**<br>**PO Box 9027**<br>**Buffalo, NY  14231-9027** | | | Assignee or other notification for:<br>Chase | | | | |
| ACCOUNT NO.<br><br>**National Enterprise Systems**<br>**29125 Solon Rd**<br>**Solon, OH  44139-3442** | | | Assignee or other notification for:<br>Chase | | | | |
| ACCOUNT NO. **6622804836319**<br><br>**Cisco, Inc.**<br>**PO Box 801088**<br>**Houston, TX  77280-1088** | | | collection for account owed by North Creek Maintenance to AT&T | | | | 61.86 |

Sheet no. ___**3**___ of ___**10**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ | **55,500.53**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Hurdle, Sidney Lanier Jr.

Case No. **10-11687**

Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5410-6540-2042-3213** <br> **Citi Cards** <br> **PO Box 6062** <br> **Sioux Falls, SD  57117-6062** | | | revolving charge account | | | | 21,399.75 |
| ACCOUNT NO. **5306-3000-0325-7932** <br> **Diner's Club** <br> **PO Box 44180** <br> **Jacksonville, FL  32231-4180** | | | revolving charge account | | | | 6,941.61 |
| ACCOUNT NO. <br> **Academy Collection Service, Inc.** <br> **10965 Decatur Rd** <br> **Philadelphia, PA  19154-3210** | | | Assignee or other notification for: <br> Diner's Club | | | | |
| ACCOUNT NO. <br> **United Recovery Systems** <br> **PO Box 722929** <br> **Houston, TX  77272-2929** | | | Assignee or other notification for: <br> Diner's Club | | | | |
| ACCOUNT NO. **4070618** <br> **Donald Smith Company, Inc.** <br> **PO Box 38** <br> **Shannon, MS  38868-0038** | | | supplies purchased | | | | 3,535.73 |
| ACCOUNT NO. <br> **Priest & Wise, PLLC** <br> **Edwin H. Priest, Esq.** <br> **PO Box 46** <br> **Tupelo, MS  38802-0046** | | | Assignee or other notification for: <br> Donald Smith Company, Inc. | | | | |
| ACCOUNT NO. **G-9565182** <br> **ER Solutions** <br> **PO Box 9004** <br> **Renton, WA  98057-9004** | | | collection of account owed Entergy Mississippi, Inc. by North Creek, Inc. | | | | 2,771.94 |

Sheet no. **4** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **34,649.03**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hurdle, Sidney Lanier Jr.                                                    Case No. 10-11687
_____
        Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **86925**<br><br>**First State Bank**<br>**PO Box 580**<br>**Holly Springs, MS  38635-0580** | | | loan | | | | 65,000.00 |
| ACCOUNT NO. **771-5-09-0396598195**<br><br>**GE Money Bank**<br>**Attn  Bankruptcy Department**<br>**PO Box 103104**<br>**Roswell, GA  30076-9104** | | | revolving charge account/Sams Club | | | | 10,524.32 |
| ACCOUNT NO.<br><br>**Professional Bureau Of Collections**<br>**Of Maryland, Inc.**<br>**PO Box 4157**<br>**Greenwood Village, CO  80155-4157** | | | Assignee or other notification for:<br>**GE Money Bank** | | | | |
| ACCOUNT NO. **1297852/57166403**<br><br>**Hardin's Sysco**<br>**C/O David L. Mendelson, Esq.**<br>**PO Box 17235**<br>**Memphis, TN  38187-0235** | | | supplies | | | | 2,763.56 |
| ACCOUNT NO. **75337-63897**<br><br>**Harvard Collection Services, Inc.**<br>**4839 N Elston Ave**<br>**Chicago, IL  60630-2534** | | | collection for account owed John Deere Credit | | | | 11,639.76 |
| ACCOUNT NO.<br><br>**John Deere Credit**<br>**PO Box 6600**<br>**Johnston, IA  50131-6600** | | | Assignee or other notification for:<br>**Harvard Collection Services, Inc.** | | | | |
| ACCOUNT NO. **0812250**<br><br>**Henley, Lotterhos & Henley**<br>**James W. Henley, Esq.**<br>**PO Box 509**<br>**Hazlehurst, MS  39083-0509** | | | collection for account owed by The Club at North Creek to Ashworth, Inc. | | | | 9,507.38 |

Sheet no. **5** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 99,435.02

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Hurdle, Sidney Lanier Jr.                                                     Case No. **10-11687**
_____                              _____
                    Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Caine & Weiner<br>PO Box 5010<br>Woodland Hills, CA 91365-5010** | | | Assignee or other notification for:<br>Henley, Lotterhos & Henley | | | | |
| ACCOUNT NO. 0812249<br>**Henley, Lotterhos & Henley<br>James W. Henley, Esq.<br>PO Box 509<br>Hazlehurst, MS 39083-0509** | | | collection of account owed by The Club at North Creek to Oakley | | | | 866.72 |
| ACCOUNT NO.<br>**Oakley Sales Corp<br>1 Icon<br>Foothill Ranch, CA 92610-3000** | | | Assignee or other notification for:<br>Henley, Lotterhos & Henley | | | | |
| ACCOUNT NO. 6035-3220-0537-4735<br>**Home Depot<br>PO Box 653000<br>Dallas, TX 75265-3000** | | | revolving charge account | | | | 1,577.56 |
| ACCOUNT NO.<br>**James Andrew Yelton, Esq.<br>Bailey & Womble<br>PO Drawer 1615<br>Batesville, MS 38606-4115** | | | collection of account owed Dunlap and Kyle/Gateway Tires | | | | 521.08 |
| ACCOUNT NO.<br>**James, Stevens & Daniels<br>1283 College Park Dr<br>Dover, DE 19904-8713** | | | collection for account owed by North Creek Golf Course to Xerox Capital Services | | | | 359.22 |
| ACCOUNT NO.<br>**Jonathan E. Scharff, Esq.<br>Harris Shelton Hanover Walsh, PLLC<br>One Commerce Square, Ste 2700<br>Memphis, TN 38103-5527** | | | collection for account owed Grass Roots, inc. | | | | 25,500.00 |

Sheet no. **6** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **28,824.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hurdle, Sidney Lanier Jr.                                                    Case No. 10-11687
_____                                     _____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **040-4776-965**<br>**Kohls**<br>**PO Box 3043**<br>**Milwaukee, WI  53201-3043** | | | revolving charge account | | | | 1,123.53 |
| ACCOUNT NO. **CO2008-0598**<br>**L&T Construction, Inc.**<br>**C/O George B. Ready, Esq.**<br>**PO Box 127**<br>**Hernando, MS  38632-0127** | | | collection of account owed by Grove Partners, LLC | | | | 62,920.24 |
| ACCOUNT NO. **CO2008-0597**<br>**L&T Construction, Inc.**<br>**C/O George B. Ready, Esq.**<br>**PO Box 127**<br>**Hernando, MS  38632-0127** | | | collection for account owed by MJL Properties, LLC | | | | 22,975.76 |
| ACCOUNT NO.<br>**Ladd's**<br>**6881 Appling Farms Pkwy**<br>**Memphis, TN  38133-4713** | | | collection for account owed by Big Creek Golf Course to Ladd's for golf carts | | | | 43,899.75 |
| ACCOUNT NO. **V16254**<br>**Lamont, Hanley & Assoc, Inc.**<br>**PO Box 179**<br>**Manchester, NH  03105-0179** | | | collection for account owed to First Comp Insurance Group | | | | 1,654.00 |
| ACCOUNT NO.<br>**FirstComp**<br>**PO Box 2329**<br>**Omaha, NE  68103-2329** | | | Assignee or other notification for:<br>Lamont, Hanley & Assoc, Inc. | | | | |
| ACCOUNT NO.<br>**Pointer Insurance Agency, Inc.**<br>**PO Box 346**<br>**Southaven, MS  38671-0004** | | | Assignee or other notification for:<br>Lamont, Hanley & Assoc, Inc. | | | | |

Sheet no. __**7**__ of __**10**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **132,573.28**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Hurdle, Sidney Lanier Jr.                                              Case No. **10-11687**
_____                                     _____
                    Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1529473** <br><br> **Lease Finance Group, Llc** <br>**PO Box 1027** <br>**Sioux Falls, SD  57101-1027** | | | collection of non-cancelable lease for North Creek Golf Course | | | | 203.80 |
| ACCOUNT NO. **8608-223738** <br><br> **Lee Alan Reed Associates, Inc.** <br>**J.D. Harris** <br>**1718 E Giddens Ave** <br>**Tampa, FL  33610-4957** | | | collection for account owed by North Creek Golf Course to Commercial Lighting Company | | | | 641.24 |
| ACCOUNT NO. **154178000000000** <br><br> **Paul Mattila, Shelby County Trustee** <br>**PO Box 2751** <br>**Memphis, TN  38101-2751** | | | 08 taxes owed for Big Creek County Club | | | | 2,939.89 |
| ACCOUNT NO. **779065** <br><br> **RBS Lynk** <br>**C/O Law Office Barry Serota & Assoc** <br>**PO Box 1008** <br>**Arlington Heights, IL  60006-1008** | | | collection of account owed by North Creek, Inc. | | | | 652.50 |
| ACCOUNT NO. **322414236-SS** <br><br> **Receivable Management Services** <br>**PO Box 26446** <br>**Richmond, VA  23261-6446** | | | collection for insurance premiums owed by The Club at North Creek, Inc. | | | | 163.00 |
| ACCOUNT NO. <br><br> **Lathrop & Gage DC Law Offices** <br>**Franklin Square, Suite 1050** <br>**1300 Eye St NW** <br>**Washington, DC  20005-3314** | | | Assignee or other notification for: Receivable Management Services | | | | |
| ACCOUNT NO. <br><br> **Renasant Bank** <br>**PO Box 709** <br>**Tupelo, MS  38802-0709** | | | loan | | | | 25,608.00 |

Sheet no. **8** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **30,208.43**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hurdle, Sidney Lanier Jr.**                                         Case No. **10-11687**
                    Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **235-1653682**<br>**Richmond North Associates, Inc.**<br>**PO Box 963**<br>**Amherst, NY  14226-0963** | | | **collection for account owed Simplexgrinnell by North Creek Club House** | | | | **497.55** |
| ACCOUNT NO. **08-02516-0**<br>**Sayle Oil Company**<br>**C/O Lawrence E. Baer, Esq.**<br>**Suite 2510, 100 N. Main Bldg**<br>**Memphis, TN  38103** | | | **purchase of supplies** | | | | **16,418.63** |
| ACCOUNT NO. **41088/225-11/510123**<br>**Scott & Goldman**<br>**590 W Crossville Rd Ste 104**<br>**Roswell, GA  30075-7512** | | | **collection of account owed VF Imageware, Inc.** | | | | **3,187.25** |
| ACCOUNT NO.<br>**VF Imagewear, Inc.**<br>**PO Box 140995**<br>**Nashville, TN  37214-0995** | | | **Assignee or other notification for:**<br>**Scott & Goldman** | | | | |
| ACCOUNT NO. **914631**<br>**Sharon O'Brien, Esq.**<br>**Greenbert, Grant & Richards, Inc.**<br>**PO Box 571811**<br>**Houston, TX  77257-1811** | | | **collection for account owed Callaway Golf Company** | | | | **22,956.63** |
| ACCOUNT NO. **1679757**<br>**Stephen E. Gardner, Esq.**<br>**YoungWilliams, PA**<br>**PO Box 23059**<br>**Jackson, MS  39225-3059** | | | **collection for account owed Microvision Optical, Inc.** | | | | **1,449.30** |
| ACCOUNT NO.<br>**Microvision Optical, Inc.**<br>**11633 Sorrento Valley Rd Ste 4A**<br>**San Diego, CA  92121-1039** | | | **Assignee or other notification for:**<br>**Stephen E. Gardner, Esq.** | | | | |

Sheet no. **9** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **44,509.36**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hurdle, Sidney Lanier Jr.**                                                                        Case No. **10-11687**
_____                    _____
                        Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **004690930 S** <br><br> **Tennessee Department Of Revenue Revenue Enforcement Division 3150 Appling Rd Bartlett, TN 38133-3994** | | | sales and use taxes owed by North Creek, Inc. | | | | **1,004.20** |
| ACCOUNT NO. **IJ5443** <br><br> **Transworld Systems Formerly NCO Financial Systems, Inc. 9525 Sweet Valley Dr Valley View, OH 44125-4237** | | | collection of account owed by North Creek, Inc. to FCP Financial, FSB | | | | **11,639.76** |
| ACCOUNT NO. **514157** <br><br> **United Mediation Services, Inc. 5068 W Plano Pkwy Ste 300 Plano, TX 75093-4409** | | | collection for account owed by The Club at North Creek to BWI Companies, Inc. | | | | **2,964.40** |
| ACCOUNT NO. **CO2009-0523CD** <br><br> **Yamaha Golf Car Company C/O Halle Mitchell, Mendelson Law Firm PO Box 17235 Memphis, TN 38187-0235** | | | collection account | | | | **8,638.05** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**10**____ of ____**10**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **24,246.41**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **589,079.79**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Hurdle, Sidney Lanier Jr.**                                    Case No. **10-11687**
_____                      _____
              Debtor(s)                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H** (Official Form 6H) (12/07)

IN RE **Hurdle, Sidney Lanier Jr.**                                          Case No. **10-11687**
_____                          _____
                    Debtor(s)                                                                          (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6I (Official Form 6I) (12/07)**

IN RE **Hurdle, Sidney Lanier Jr.** _____   Case No. **10-11687** _____
Debtor(s)                                                    (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Single** | RELATIONSHIP(S):<br>**Son - College Student** | | AGE(S):<br>**19** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales** | |
| Name of Employer | **Wheeler Construction LLC** | |
| How long employed | **8 months** | |
| Address of Employer | **5176 Savannah Pkwy**<br>**Southaven, MS  38672-7510** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)                    DEBTOR          SPOUSE

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | 2,100.00 | $ |
| 2. Estimated monthly overtime | $ | | $ |
| **3. SUBTOTAL** | $ | **2,100.00** | $ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and Social Security | $ | | $ |
| b. Insurance | $ | | $ |
| c. Union dues | $ | | $ |
| d. Other (specify) _____ | $ | | $ |
| | $ | | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | **0.00** | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | **2,100.00** | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ |
| 8. Income from real property | $ | | $ |
| 9. Interest and dividends | $ | | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ |
| 11. Social Security or other government assistance (Specify) _____ | $ | | $ |
| | $ | | $ |
| 12. Pension or retirement income | $ | | $ |
| 13. Other monthly income (Specify) _____ | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | **2,100.00** | $ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)           $ **2,100.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document: **none.**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6J** (Official Form 6J) (12/07)

**IN RE** Hurdle, Sidney Lanier Jr. _____    Case No. **10-11687**
                                   Debtor(s)                                      (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | |
| a. Are real estate taxes included?    Yes ____  No ✓ | | |
| b. Is property insurance included?    Yes ____  No ✓ | | |
| 2. Utilities: | | |
| a. Electricity and heating fuel | $ | 275.00 |
| b. Water and sewer | $ | |
| c. Telephone | $ | |
| d. Other **Cable Service** | $ | 65.00 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | |
| 4. Food | $ | 250.00 |
| 5. Clothing | $ | 70.00 |
| 6. Laundry and dry cleaning | $ | |
| 7. Medical and dental expenses | $ | 60.00 |
| 8. Transportation (not including car payments) | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | |
| b. Life | $ | |
| c. Health | $ | |
| d. Auto | $ | 120.00 |
| e. Other | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 565.00 |
| b. Other | $ | |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | 475.00 |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other | $ | |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    $  2,130.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**none**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 2,100.00 |
| b. Average monthly expenses from Line 18 above | $ | 2,130.00 |
| c. Monthly net income (a. minus b.) | $ | -30.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Hurdle, Sidney Lanier Jr.**                                              Case No. **10-11687**
_____                                    _____
Debtor(s)                                                                        (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **27** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June  7, 2010**                    Signature: **_/s/ Sidney Lanier Hurdle, Jr._**
                                                          **Sidney Lanier Hurdle, Jr.**                        Debtor

Date: _____          Signature: _____
                                                                          (Joint Debtor, if any)
                                                          [If joint case, both spouses must sign.]

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                                          _____
                                                          (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

 Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

 **Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

 Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

 Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

 After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

 **Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

 Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

 **Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

 Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

 A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**Northern District of Mississippi**

IN RE:                                                              Case No. **10-11687**

Hurdle, Sidney Lanier Jr.                                          Chapter **7**
_____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed Name and title, if any, of Bankruptcy Petition Preparer Address: | Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

X _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| Hurdle, Sidney Lanier Jr. | X */s/ Sidney Lanier Hurdle, Jr.*                6/07/2010 |
|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor                         Date |
| Case No. (if known) **10-11687** | X _____ |
| | Signature of Joint Debtor (if any)          Date |

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

**United States Bankruptcy Court**
**Northern District of Mississippi**

IN RE:

Hurdle, Sidney Lanier Jr.
_____
Debtor(s)

Case No. **10-11687**  _____

Chapter **7**  _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 155,000.00 | 2007 Income |
| 120,000.00 | 2008 Income |
| 0.00 | 2009 Income |
| 6,000.00 | 2010 Income YTD |

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **LT Construction v MJL, LLC; Cause No. 2008-0597** | **judgment entered** | **County Court of Desoto County, Mississippi** | **judgment entered** |
| **L&T Construction v Grove Partners; Case No. 2008-0598** | **collection** | **County Court of Desoto County, mississippi** | **judgment entered** |
| **Bob Ladd & Associates v North Creek and Sidney Lanier Hurdle; Cause No 09-0175** | **collection** | **Chancery Court of Shelby County, Tennessee** | **judgment entered** |
| **Bancorpsouth Bank v Sidney Lanier Hurdle, Inc; Cause No 2009-490** | **collection** | **Circuit Court of Marshall County, Mississippi** | **judgment entered** |
| **Bancorp South v Lanier Hurdle; Cause no 2009-278** | **collection** | **Circuit Court of Marshall County, MS** | **judgment entered** |
| **Yamaha Golf Car Company v North Creek Golf Club; Cause No. 2009-52300** | **collection** | **County Court of Desoto County, Missisipi** | **judgment entered** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Karen B. Schneller**<br>**Post Office Box 417**<br>**Holly Springs, MS  38635** | **3/30/2010** | **2,500.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

| None | |
|---|---|
| ☑ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| None | |
|---|---|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

| None | |
|---|---|
| ☑ | a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |

| None | |
|---|---|
| ☑ | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |

| None | |
|---|---|
| ☑ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |

| None | |
|---|---|
| ☑ | d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor. |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **June  7, 2010** _____        Signature  **/s/ Sidney Lanier Hurdle, Jr.**
                                           of Debtor                                              **Sidney Lanier Hurdle, Jr.**

Date: _____        Signature  _____
                                           of Joint Debtor
                                           (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**Northern District of Mississippi**

IN RE:                                                                Case No. __10-11687__

Hurdle, Sidney Lanier Jr.                                           Chapter **7**
_____
        Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bancorp South Bank** | **Describe Property Securing Debt:**<br>**LH Developers, LLC - Net Worth of corporation is $566,755.3** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Bancorp South Bank** | **Describe Property Securing Debt:**<br>**Note Receivable - NCG, LLC - purchaser of North Creek Golf** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

____**4** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**June  7, 2010**_____         */s/ Sidney Lanier Hurdle, Jr.* _____
                                                                Signature of Debtor

                                                                _____
                                                                Signature of Joint Debtor

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Bancorp South Bank** | **Describe Property Securing Debt:**<br>**Grove Partners, LLC - Net Worth of company is $362,092.  De** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Bancorp South Bank** | **Describe Property Securing Debt:**<br>**MJL Properties, LLC - Net Worth of corporation is $75,000.  I** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Bancorp South Bank** | **Describe Property Securing Debt:**<br>**Kuz Developers, Inc. - Net Worth of corporation is $949,484.8** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

Continuation sheet ___1__ of ___4__

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Bancorp South Bank** | **Describe Property Securing Debt:**<br>**Grove Partners, LLC - Net Worth of company is $362,092.  De** |

Property will be *(check one)*:
- ☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other. Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Bancorp South Bank** | **Describe Property Securing Debt:**<br>**Block 76 and building, Aberdeen, Monroe County, Mississip** |

Property will be *(check one)*:
- ☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other. Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Bank Of Holly Springs** | **Describe Property Securing Debt:**<br>**Lot 10, Briarwood Subdivison, Holly Springs, Marshall Coun** |

Property will be *(check one)*:
- ☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other. Explain **Retain and pay pursuant to contract** _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Continuation sheet ___**2**___ of ___**4**___

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** – Continuation

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Bank Of Holly Springs** | **Describe Property Securing Debt:**<br>**Lot 6, Briarwood Subdivision, Holly Springs, Marshall Count** |

Property will be *(check one)*:
- ☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other. Explain **Retain and pay pursuant to contract**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**Bank Plus** | **Describe Property Securing Debt:**<br>**2006 Ford Explorer** |

Property will be *(check one)*:
- ☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**Sidney Hurdle** | **Describe Property Securing Debt:**<br>**Country Land Sales Partnership.  Total notes receivable is $** |

Property will be *(check one)*:
- ☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other. Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt  ☑ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

Continuation sheet ___**3**___ of ___**4**___

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** – Continuation

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**Sidney Hurdle** | **Describe Property Securing Debt:**<br>**Suburban Land Sales Partnership - Total assets of partnersh** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

Continuation sheet ___**4**___ of ___**4**___

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Mississippi**

IN RE:                                                                    Case No. **10-11687**

**Hurdle, Sidney Lanier Jr.**                                              Chapter **7**
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **June  7, 2010**                    Signature: **/s/ Sidney Lanier Hurdle, Jr.**
                                                       **Sidney Lanier Hurdle, Jr.**                    Debtor


Date: _____    Signature: _____
                                                                              Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

A.G. Adjustments, LTD
PO Box 9090
Melville, NY   11747-9090


Academy Collection Service, Inc.
10965 Decatur Rd
Philadelphia, PA   19154-3210


American Express
PO Box 981535
El Paso, TX   79998-1535


Ameripride Of Memphis
C/O Michael Mackey, Esq.
The Mb&W Building, 26000 Cannon Rd
Bedford, OH   44146


Bancorp South Bank
C/O Eric L. Sappenfield, Esq
6858 Swinnea Rd Bldg 5 Rutland Place
Southaven, MS   38671-9493


Bancorp South Bank
Credit Card Center
PO Box 3370
Tupelo, MS 38803-3370


Bank Of America
PO Box 15184
Wilmington, DE   19850-5184


Bank Of America
PO Box 15027
Wilmington, DE   19850-5027

Bank Of America
PO Box 15026
Wilmington, DE  19850-5026


Bank Of Holly Springs
PO Box 250
Holly Springs, MS  38635-0250


Bank Plus
8990 Pigeon Roost Rd
Olive Branch, MS  38654-1555


Bob Ladd & Associates, Inc.
C/O Ross E. Webster, Esq.
1700 One Commerce Square
Memphis, TN  38103-2566


Caine & Weiner
PO Box 5010
Woodland Hills, CA  91365-5010


Capital One
PO Box 30285
Salt Lake City, UT  84130-0285


CCI
PO Box 212489
Augusta, GA  30917-2489


Chase
PO Box 15298
Wilmington, DE  19850-5298


Cisco, Inc.
PO Box 801088
Houston, TX  77280-1088

Citi Cards
PO Box 6062
Sioux Falls, SD   57117-6062


CollectCorp
PO Box 101928
Birmingham, AL   35210-6928


Creditors Exchange
80 Holtz Dr
Buffalo, NY   14225-1470


Desoto County Chancery Clerk
PO Box 949
Hernando, MS   38632-0949


Desoto County Tax Assessor
365 Losher St
Hernando, MS   38632-2138


Diner's Club
PO Box 44180
Jacksonville, FL   32231-4180


Donald Smith Company, Inc.
PO Box 38
Shannon, MS   38868-0038


ER Solutions
PO Box 9004
Renton, WA   98057-9004


First State Bank
PO Box 580
Holly Springs, MS   38635-0580

```
FirstComp
PO Box 2329
Omaha, NE  68103-2329


GE Money Bank
Attn  Bankruptcy Department
PO Box 103104
Roswell, GA  30076-9104


Hardin's Sysco
C/O David L. Mendelson, Esq.
PO Box 17235
Memphis, TN  38187-0235


Harvard Collection Services, Inc.
4839 N Elston Ave
Chicago, IL  60630-2534


Henley, Lotterhos & Henley
James W. Henley, Esq.
PO Box 509
Hazlehurst, MS  39083-0509


Home Depot
PO Box 653000
Dallas, TX  75265-3000


Internal Revenue Service
Special Procedures Staff
100 W Capitol St Ste 504
Jackson, MS  39269-1605


Internal Revenue Service
310 Lowell Street, Stop 826
Andover, MA  05501-0040
```

James Andrew Yelton, Esq.
Bailey & Womble
PO Drawer 1615
Batesville, MS  38606-4115


James, Stevens & Daniels
1283 College Park Dr
Dover, DE  19904-8713


John Deere Credit
PO Box 6600
Johnston, IA  50131-6600


Jonathan E. Scharff, Esq.
Harris Shelton Hanover Walsh, PLLC
One Commerce Square, Ste 2700
Memphis, TN  38103-5527


Kohls
PO Box 3043
Milwaukee, WI  53201-3043


L&T Construction, Inc.
C/O George B. Ready, Esq.
PO Box 127
Hernando, MS  38632-0127


Ladd's
6881 Appling Farms Pkwy
Memphis, TN  38133-4713


Lamont, Hanley & Assoc, Inc.
PO Box 179
Manchester, NH  03105-0179

Lathrop & Gage DC Law Offices
Franklin Square, Suite 1050
1300 Eye St NW
Washington, DC  20005-3314


Lease Finance Group, Llc
PO Box 1027
Sioux Falls, SD  57101-1027


Lee Alan Reed Associates, Inc.
J.D. Harris
1718 E Giddens Ave
Tampa, FL  33610-4957


Microvision Optical, Inc.
11633 Sorrento Valley Rd Ste 4A
San Diego, CA  92121-1039


National Action Financial Services, Inc.
PO Box 9027
Buffalo, NY  14231-9027


National Enterprise Systems
29125 Solon Rd
Solon, OH  44139-3442


Nationwide Recovery Systems
2304 Tarpley Rd Ste 134
Carrollton, TX  75006-2470


Oakley Sales Corp
1 Icon
Foothill Ranch, CA  92610-3000

```
Office Of U.S. Attorney
Internal Revenue Service
900 Jefferson Ave
Oxford, MS  38655-3608


Paige Hurdle
1935 Katz Pl
Collierville, TN  38017-0868


Paul Mattila, Shelby County Trustee
PO Box 2751
Memphis, TN  38101-2751


Pointer Insurance Agency, Inc.
PO Box 346
Southaven, MS  38671-0004


Priest & Wise, PLLC
Edwin H. Priest, Esq.
PO Box 46
Tupelo, MS  38802-0046


Professional Bureau Of Collections
Of Maryland, Inc.
PO Box 4157
Greenwood Village, CO  80155-4157


R. Michael Bolen
United States Trustee
100 W Capitol St Ste 706
Jackson, MS  39269-1607


RBS Lynk
C/O Law Office Barry Serota & Assoc
PO Box 1008
Arlington Heights, IL  60006-1008
```

Receivable Management Services
PO Box 20410
Lehigh Valley, PA   18002-0410


Receivable Management Services
PO Box 26446
Richmond, VA   23261-6446


Reed Hillen, Esq.
Holland, Ray, Upchurch & Hillen
PO Drawer 409
Tupelo, MS   38802-0409


Renasant Bank
PO Box 709
Tupelo, MS   38802-0709


Richmond North Associates, Inc.
PO Box 963
Amherst, NY   14226-0963


Sayle Oil Company
C/O Lawrence E. Baer, Esq.
Suite 2510, 100 N. Main Bldg
Memphis, TN   38103


Scott & Goldman
590 W Crossville Rd Ste 104
Roswell, GA   30075-7512


Sharon O'Brien, Esq.
Greenbert, Grant & Richards, Inc.
PO Box 571811
Houston, TX   77257-1811

Sidney Hurdle
435 Cedar Hills Rd
Holly Springs, MS   38635-7514


Stephen E. Gardner, Esq.
YoungWilliams, PA
PO Box 23059
Jackson, MS   39225-3059


Stephen P. Livingston, Sr.
Chapter 7 Trustee
PO Box 729
New Albany, MS   38652-0729


Tennessee Department Of Revenue
Revenue Enforecement Division
3150 Appling Rd
Bartlett, TN   38133-3994


Transworld Systems
Formerly NCO Financial Systems, Inc.
9525 Sweet Valley Dr
Valley View, OH   44125-4237


United Mediation Services, Inc.
5068 W Plano Pkwy Ste 300
Plano, TX   75093-4409


United Recovery Systems
PO Box 722929
Houston, TX   77272-2929


VF Imagewear, Inc.
PO Box 140995
Nashville, TN   37214-0995

Yamaha Golf Car Company
C/O Halle Mitchell, Mendelson Law Firm
PO Box 17235
Memphis, TN  38187-0235

**United States Bankruptcy Court**

**Northern District of Mississippi**

IN RE:                                                          Case No. **10-11687**

**Hurdle, Sidney Lanier Jr.**                                   Chapter **7**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................ $ _____ **2,500.00**

   Prior to the filing of this statement I have received .......................................................... $ _____ **2,500.00**

   Balance Due .......................................................................................... $ _____ **0.00**

2. The source of the compensation paid to me was:   ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:   ☐ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

   **Representation of the debtor in adversary proceedings and other contested bankruptcy matters.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____          _____
      **June  7, 2010**                        **/s/ Karen B. Schneller**
           Date                           **Karen B. Schneller 6558**
                                          **Karen B. Schneller**
                                          **Post Office Box 417**
                                          **Holly Springs, MS  38635**
                                          **(662) 252-3224  Fax: (662) 252-2858**
                                          **karen.schneller@gmail.com**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only