IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: SIDNEY LANIER HURDLE, JR.**    CHAPTER 7

**DEBTOR**    CASE NO: 10-11687 - DWH

## ORDER REINSTATING CASE

THIS CAUSE came on for hearing on Debtor's Motion to Reinstate Case [document no. __12__ ]; after notice and opportunity for hearing and the Court being full advised in the premises does hereby find and Order as follows:

THAT, Debtor's Chapter 7 Case is reinstated.

SO ORDERED this the __14th__ day of __June__, 2010.

_____
DAVID W. HOUSTON, III
U. S. BANKRUPTCY JUDGE

SUBMITTED BY:

KAREN B. SCHNELLER - MSB #6558
Attorney for Debtor
Post Office Box 417
Holly Springs, MS  38635
662-252-3224