UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: SIDNEY LANIER HURDLE, JR.          CHAPTER 7

DEBTOR                                    CASE NO. 10-11687 DWH

## ORDER AVOIDING LIEN

This matter came on to be heard this day on the motion of Debtor requesting the issuance of an order voiding the lien of L&T Construction, Inc. and it appearing unto the Court as follows, to wit:

1. On the 4th day of April, 2010, Debtor filed bankruptcy and is entitled to protection under the automatic stay.

2. To the extent this judgment impairs exempt property; Debtor is entitled to avoidance of said lien.

IT IS, THEREFORE, ORDERED that the above listed lien is hereby avoided, to the extent that it impairs the Debtor's exemptions.

SO ORDERED this the 20th day of July, 2010.

DAVID W. HOUSTON, III
U. S. BANKRUPTCY JUDGE