UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: SIDNEY LANIER HURDLE, JR.          CHAPTER 7

DEBTOR                                     CASE NO. 10-11687 DWH

## ORDER AVOIDING LIEN

This matter came on to be heard this day on the motion of Debtor requesting the issuance of an order voiding the lien of L&T Construction, Inc. and it appearing unto the Court as follows, to wit:

1. On the 4th day of April, 2010, Debtor filed bankruptcy and is entitled to protection under the automatic stay.

2. To the extent this judgment impairs exempt property; Debtor is entitled to avoidance of said lien.

IT IS, THEREFORE, ORDERED that the above listed lien is hereby avoided, to the extent that it impairs the Debtor's exemptions.

SO ORDERED this the 20th day of July, 2010.

_____
DAVID W. HOUSTON, III
U. S. BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0537-1           User: hodges                 Page 1 of 1                  Date Rcvd: Jul 20, 2010
Case: 10-11687                 Form ID: pdf0003             Total Noticed: 2

The following entities were noticed by first class mail on Jul 22, 2010.
db            Sidney Lanier Hurdle, Jr.,   PO Box 279,   Holly Springs, MS  38635-0279
cr           +L&T Construction, Inc.,    c/o George B. Ready, Esq.,    P.O. Box 127,   Hernando, MS 38632-0127
The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 22, 2010**                     **Signature:**  *Joseph Speetjens*